United States District Court
Southern District of Texas

**ENTERED**

June 24, 2025

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 4:25-cr-0030-S1 |
| | § | |
| GIOVANNI VICENTE MOSQUERA SERRANO | § | |
| aka Jhovanni San Vicente | § | |
| aka El Viejo | § | |

**ORDER**
**UNSEALING SUPERSEDING INDICTMENT**
**AS TO GIOVANNI VICENTE MOSQUERA SERRANO**

On this day, the Court considered the United States of America's motion to unseal the superseding indictment as to Giovanni Vicente MOSQUERA SERRANO.

After review and consideration, the Court grants the motion.

IT IS THREFORE ORDERED that the Superseding Indictment is unsealed as to Giovanni Vicente MOSQUERA SERRANO.

Signed on June __23__, 2025 at Houston, Texas.

Andrew S. Hanen
UNITED STATES DISTRICT JUDGE